**JS-6**
Admin Close

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PIJING LI, | 5:23-cv-01218-JGB-SK |
| Plaintiff, | **ORDER: RE: JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION** |
| v. | |
| U.S. CITIZENSHIP & IMMIGRATION SERVICES LOS ANGELES ASYLUM OFFICE, | |
| Defendant. | |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until November 8, 2024.

Dated: August 8, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE